FILED

10/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0506

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0506

_____

THE PATCH, LLC d/b/a Purple Cow Dispensary,

    Petitioner and Appellant,

    v.

MONTANA DEPARTMENT OF REVENUE,
CANNABIS CONTROL DIVISION,

    Respondent and Appellee.

_____

O R D E R

    Upon the parties' filing of a stipulation for dismissal, pursuant to M. R. App. P. 16(5) in the above-captioned appeal, therefore,

    IT IS ORDERED that this appeal is DISMISSED WITH PREJUDICE, with each party to pay its own costs, and that all deadlines are VACATED.

    Electronically signed and dated below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 25 2024